# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 0 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SINGH

E-filing    SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

GONZALEZ

CV 08 1454 MEJ

TO: (Name and address of defendant)

EMILIO T. GONZALEZ, Director, U.S. Citizenship & Immigration Services, U. S Department of Homeland Security, Office of the Chief Counsel, 20 Massachusetts Avenue, N.W. Room 4025, Washington, DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES CANFIELD,
ATTORNEY AT LAW
1150 NORTH FIRST STREET, SUITE 219
SAN JOSE, CA 95112

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 4 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  4/18/2008 |
| NAME OF SERVER *(PRINT)*  Mahesh Bajoria | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

    Served by certified mail with Return Receipt on Emilio T Gonzalez, Director, USCIS, 20 Massachusetts Ave. NW 4025, Washington, D.C 20529

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/29/08        *[signature]*
             *Date*              *Signature of Server*

                     1150 North Ist Street, # 219, San Jose, CA 95112
                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — MAR 2008, St. James Park, 95113

7007 2560 0002 2575 1117

Sent To: Emilio T. Gonzalez, Director
Street, Apt. No.: USCIS
or PO Box No. 20 Massachusetts Ave NW Room 4025
City, State, ZIP+4: Washington D.C. 20529

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio T Gonzalez
Director
USCIS
20 Massachusetts Ave.
NW 4025
Washington DC. 20529.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 4/18/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 2575 1117

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540