| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAVINDER SINGH, | ) | |
| Plaintiff, | ) | C 08-1454-MEJ |
| v. | ) | |
| | ) | **JOINT REQUEST FOR EXEMPTION** |
| EMILIO T. GONZALES, Director, U.S.<br>Citizenship and Immigration Services, U.S.<br>Department of Homeland Security, Office of the<br>Chief Counsel, 20 Massachusetts Avenue,<br>N.W., Room 4025, Washington, D.C. 20536, | )<br>)<br>)<br>)<br>) | **FROM ADR PROCESS** |
| Defendant. | ) | |

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial in this immigration case. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request that this case be removed from the

ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: May 29, 2008

/s/
JAMES R. CANFIELD
Attorney for Plaintiff

Dated: May 29, 2008

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated: _____                    _____
                                     MARIA-ELENA JAMES
                                     United States Magistrate Judge

ADR CERTIFICATION
C 08-1454-MEJ                                     2