```
1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6915
        FAX: (415) 436-6927
7

8   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR N. SAM, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary Homeland Security; <br> EMILIO GONZALES, USCIS Director; <br> DAVID STILL, District Director, DHS, <br><br> Defendants. | No. C 08-1196 SC <br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE** |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for June 6, 2008, in light of the following:

1. Plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on February 13, 2006.

2. The naturalization application is pending with USCIS.

3. The USCIS has asked the FBI to expedite the processing of the plaintiff's name check, which must be completed prior to adjudication of the naturalization application.

4. The parties believe there is a reasonable probability that this case will be administratively resolved in the next sixty days.

STIPULATION TO EXTEND DATE OF CMC
C08-1196 SC                             1

1 | Accordingly, the parties respectfully ask this Court to re-schedule the case management conference, currently scheduled for June 6, 2008, **to August 1, 2008.** The parties will submit a joint case management statement no later than July 25, 2008.

Dated: May 29, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 29, 2008

/s/
NADIA FARAH, ESQ.
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____, 2008

_____
SAMUEL CONTI
United States District Judge

STIPULATION TO EXTEND DATE OF CMC
C08-1196 SC                                     2