JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVINDER SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, Office of the Chief Counsel, 20 Massachusetts Avenue, N.W., Room 4025, Washington, D.C. 20536,<br><br>    Defendant. | C 08-1454-MEJ<br><br>**JOINT REQUEST FOR EXEMPTION FROM ADR PROCESS** |

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial in this immigration case. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request that this case be removed from the

ADR CERTIFICATION
C 08-1454-MEJ                                    1

1  ADR Multi-Option Program and that they be excused from participating in the ADR phone
2  conference and any further formal ADR process.
3
4  Dated:  May 29, 2008                    /s/
                                            JAMES R. CANFIELD
5                                           Attorney for Plaintiff
6
7
8
9  Dated:  May 29, 2008                    /s/
                                            EDWARD A. OLSEN
10                                          Assistant United States Attorney
                                            Attorney for Defendant
11

12                                       **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED

14

15         June 2, 2008
   Dated:  _____                    _____
16                                         MARIA-ELENA JAMES
                                           United States Magistrate Judge
17

ADR CERTIFICATION
C 08-1454-MEJ                              2