1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD OLSEN, CSBN 214150
Assistant United States Attorney
4 |
  | 450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102
  | Telephone: (415) 436-6915
6 | FAX: (415) 436-6927

7 | Attorneys for Defendant

8 |
                            UNITED STATES DISTRICT COURT
9 |
                           NORTHERN DISTRICT OF CALIFORNIA
10|
                                SAN FRANCISCO DIVISION
11|

12| LAVINDER SINGH,                         )
                                            )
13|            Plaintiff,                   )    C 08-1454-MEJ
                                            )
14|       v.                                )
                                            )    **STIPULATION TO EXTEND THE**
15| EMILIO T. GONZALES, Director, U.S.      )    **DATE OF THE CASE MANAGEMENT**
    Citizenship and Immigration Services, U.S.)  **CONFERENCE; AND [PROPOSED]**
16| Department of Homeland Security, Office of the) **ORDER**
    Chief Counsel, 20 Massachusetts Avenue, )
17| N.W., Room 4025, Washington, D.C. 20536,)
                                            )
18|            Defendant.                   )
                                            )
19|

       The plaintiff, by and through his attorney of record, and defendant, by and through his
20|
   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the
21|
   case management conference, currently scheduled for June 19, 2008, in light of the following:
22|
       1.  Plaintiff filed the above-entitled action on March 14, 2008, seeking an order directing the
23|
   United States Citizenship and Immigration Services (USCIS) to grant his application for
24|
   employment authorization and a declaration that USCIS' refusal to refer the denial of his I-485
25|
   application for adjustment of status to the Immigration Court is arbitrary and capricious.
26|
       2.  The defendant's answer is due on or before May 30, 2008.
27|
       3.  A case management conference is scheduled for June 19, 2008.
28|

STIPULATION TO EXTEND DATE OF CMC
C 08-1454-MEJ                                1

3. The parties believe there is a reasonable probability that this case will be administratively resolved in the next sixty days.

Accordingly, the parties respectfully ask this Court to re-schedule the case management conference, currently scheduled for June 19, 2008, **to July 31, 2008.** The parties will submit a joint case management statement no later than July 25, 2008. The parties also agree that defendant's answer will not be due until June 30, 2008.

Dated:  May 29, 2008                                     /s/
                                                  JAMES R. CANFIELD
                                                  Attorney for Plaintiff

Dated:  May 29, 2008                                     /s/
                                                  EDWARD A. OLSEN
                                                  Assistant United States Attorney
                                                  Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated:  _____                            _____
                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge