1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD OLSEN, CSBN 214150
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927

7  Attorneys for Defendant

8
                           UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11

12  LAVINDER SINGH,                           )
                                              )
13             Plaintiff,                     )   C 08-1454-MEJ
                                              )
14       v.                                   )
                                              )   **STIPULATION TO EXTEND THE**
15  EMILIO T. GONZALES, Director, U.S.        )   **DATE OF THE CASE MANAGEMENT**
    Citizenship and Immigration Services, U.S.)   **CONFERENCE; AND [PROPOSED]**
16  Department of Homeland Security, Office of the) **ORDER**
    Chief Counsel, 20 Massachusetts Avenue,   )
17  N.W., Room 4025, Washington, D.C. 20536,  )
                                              )
18             Defendant.                     )
                                              )
19

20       The plaintiff, by and through his attorney of record, and defendant, by and through his

21  attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

22  case management conference, currently scheduled for June 19, 2008, in light of the following:

23       1.  Plaintiff filed the above-entitled action on March 14, 2008, seeking an order directing the

24  United States Citizenship and Immigration Services (USCIS) to grant his application for

25  employment authorization and a declaration that USCIS' refusal to refer the denial of his I-485

26  application for adjustment of status to the Immigration Court is arbitrary and capricious.

27       2.  The defendant's answer is due on or before May 30, 2008.

28       3.  A case management conference is scheduled for June 19, 2008.

STIPULATION TO EXTEND DATE OF CMC
C 08-1454-MEJ                          1

3. The parties believe there is a reasonable probability that this case will be administratively resolved in the next sixty days.

Accordingly, the parties respectfully ask this Court to re-schedule the case management conference, currently scheduled for June 19, 2008, **to July 31, 2008.** The parties will submit a joint case management statement no later than July 25, 2008. The parties also agree that defendant's answer will not be due until June 30, 2008.

Dated: May 29, 2008
                                                  /s/
                                      JAMES R. CANFIELD
                                      Attorney for Plaintiff

Dated: May 29, 2008
                                                  /s/
                                      EDWARD A. OLSEN
                                      Assistant United States Attorney
                                      Attorney for Defendant

## ORDER

Pursuant to stipulation, IT IS SO ORDERED

Dated: June 3, 2008
                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge