JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVINDER SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, Office of the Chief Counsel, 20 Massachusetts Avenue, N.W., Room 4025, Washington, D.C. 20536,<br><br>    Defendant. | C 08-1454-MEJ<br><br>**SECOND STIPULATION TO EXTEND THE DATE OF THE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney of record, and defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for July 31, 2008, in light of the following:

    1.  Plaintiff filed the above-entitled action on March 14, 2008, seeking an order directing the United States Citizenship and Immigration Services (USCIS) to grant his application for employment authorization and a declaration that USCIS' refusal to refer the denial of his I-485 application for adjustment of status to the Immigration Court is arbitrary and capricious.

    2.  The defendants have filed and served an answer.

    3.  On June 3, 2008, this Court granted the parties' stipulation to extend the date of the case

1  management conference from June 19, 2008, to July 31, 2008, in light of the reasonable
2  probability that this case would be administratively resolved in the next sixty days.
3      4.  The parties respectfully ask this Court to again extend the date of the case management
4  conference, currently scheduled for July 31, 2008, by thirty days because the petitioner has a
5  hearing in Immigration Court on August 12, 2008, and the parties believe there is a reasonable
6  probability that the case will be administratively resolved either at that hearing or shortly
7  thereafter.
8      Accordingly, the parties respectfully ask this Court to re-schedule the case management
9  conference, currently scheduled for July 31, 2008, **to August 28, 2008.**  The parties will submit a
10 joint case management statement not later than seven days prior to the rescheduled case
11 management conference.

13 Dated:  July 3, 2008                              /s/
                                                    JAMES R. CANFIELD
14                                                  Attorney for Plaintiff

17 Dated:  July 3, 2008                              /s/
                                                    EDWARD A. OLSEN
18                                                  Assistant United States Attorney
                                                    Attorney for Defendant

20                          **ORDER**
21     Pursuant to stipulation, IT IS SO ORDERED

23
   Dated: _____                    _____
24                                      MARIA-ELENA JAMES
                                        United States Magistrate Judge

SECOND STIPULATION TO EXTEND DATE OF CMC
C 08-1454-MEJ                            2