1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Defendant

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 LAVINDER SINGH,                          )
                                            )
13           Plaintiff,                     )   C 08-1454-MEJ
                                            )
14      v.                                  )
                                            )   **SECOND STIPULATION TO EXTEND**
15 EMILIO T. GONZALES, Director, U.S.       )   **THE DATE OF THE CASE**
   Citizenship and Immigration Services, U.S.)  **MANAGEMENT CONFERENCE; AND**
16 Department of Homeland Security, Office of the) [PROPOSED] **ORDER**
   Chief Counsel, 20 Massachusetts Avenue,  )
17 N.W., Room 4025, Washington, D.C. 20536, )
                                            )
18           Defendant.                     )
                                            )
19
        The plaintiff, by and through his attorney of record, and defendant, by and through his
20
   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the
21
   case management conference, currently scheduled for July 31, 2008, in light of the following:
22
        1.   Plaintiff filed the above-entitled action on March 14, 2008, seeking an order directing the
23
   United States Citizenship and Immigration Services (USCIS) to grant his application for
24
   employment authorization and a declaration that USCIS' refusal to refer the denial of his I-485
25
   application for adjustment of status to the Immigration Court is arbitrary and capricious.
26
        2.   The defendants have filed and served an answer.
27
        3.   On June 3, 2008, this Court granted the parties' stipulation to extend the date of the case
28

SECOND STIPULATION TO EXTEND DATE OF CMC
C 08-1454-MEJ                                    1

management conference from June 19, 2008, to July 31, 2008, in light of the reasonable probability that this case would be administratively resolved in the next sixty days.

    4. The parties respectfully ask this Court to again extend the date of the case management conference, currently scheduled for July 31, 2008, by thirty days because the petitioner has a hearing in Immigration Court on August 12, 2008, and the parties believe there is a reasonable probability that the case will be administratively resolved either at that hearing or shortly thereafter.

    Accordingly, the parties respectfully ask this Court to re-schedule the case management conference, currently scheduled for July 31, 2008, **to August 28, 2008.** The parties will submit a joint case management statement not later than seven days prior to the rescheduled case management conference.

Dated: July 3, 2008
/s/
JAMES R. CANFIELD
Attorney for Plaintiff

Dated: July 3, 2008
/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated: July 7, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

SECOND STIPULATION TO EXTEND DATE OF CMC
C 08-1454-MEJ    2