1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 |
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LAVINDER SINGH,                          )
                                         )  No. C 08-1454 MEJ
             Plaintiff,                  )
                                         )
         v.                              )  **STIPULATION TO DISMISS; AND**
                                         )  **[PROPOSED] ORDER**
EMILIO T. GONZALEZ, Director, U.S.       )
Citizenship and Immigration Services, U.S.)
Department of Homeland Security, Office of the )
Chief Counsel, 20 Massachusetts Avenue, N.W., )
Room 4025, Washington, D.C. 20536,       )
                                         )
             Defendant.                  )
_____)

   Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice.

///
///
///
///
///
///

Stipulation to Dismiss
C 08-1454 MEJ                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: August 21, 2008                                Respectfully submitted,

3 |                                                  JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendant

9 |                                          _____/s/_____

Date: August 21, 2008                                JAMES CANFIELD
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. All pending deadlines are hereby terminated. The Clerk shall close the file.

Date: _____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.