1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   LAVINDER SINGH,                        )
12                                        )    No. C 08-1454 MEJ
                   Plaintiff,             )
13                                        )
           v.                             )    **STIPULATION TO DISMISS; AND**
14                                        )    **[PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director, U.S.     )
15 Citizenship and Immigration Services, U.S. )
   Department of Homeland Security, Office of the )
16 Chief Counsel, 20 Massachusetts Avenue, N.W., )
   Room 4025, Washington, D.C. 20536,     )
17                                        )
                   Defendant.             )
18 _____)

19     Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

20 record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 action without prejudice.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
   Stipulation to Dismiss
   C 08-1454 MEJ                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: August 21, 2008        Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
EDWARD A. OLSEN[1]
6 | Assistant United States Attorney
Attorneys for Defendant

9 | _____/s/_____
Date: August 21, 2008        JAMES CANFIELD
10 | Attorney for Plaintiff

12 | **ORDER**

13 | Pursuant to the stipulation of the parties, IT IS SO ORDERED. All pending deadlines are
14 | hereby terminated. The Clerk shall close the file.

16 | Date: August 25, 2008        _____
MARIA-ELENA JAMES
17 | United States Magistrate Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-1454 MEJ                           2